STELLA M. REINHARDT, APPELLANT, v. MARY M. CALHOUN, RESPONDENT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *James J. McGoogan.*

For the respondent, *Samuel D. Lenox.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Judge Oliphant in the Circuit Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.